# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DANIEL SALAZAR, | Case No. ED CV 16-2595-FMO (KKx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, ET AL., | |
| Defendant(s). | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (a) Defendants' Motion to Dismiss is granted in part; and (b) Judgment be entered dismissing this action without prejudice.

Dated: January 25, 2018

/s/
HONORABLE FERNANDO M. OLGUIN
United States District Judge