JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SALAZAR,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, ET AL.,<br><br>　　　　　Defendant(s). | Case No. ED CV 16-2595-FMO (KKx)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: January 25, 2018

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　United States District Judge